IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOLAND JEROME BONNER,
    Plaintiff,

vs.                                     Case No.: 3:13cv125/RV/EMT

J. SCOTT DUNCAN,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 20, 2013 (doc. 12). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objection (doc. 14).

Having considered the Report and Recommendation, and the timely filed objection thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B), and the clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 3rd day of July, 2013.

                                          /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**